UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/21/2021___

CHRISTIAN SANCHEZ, on behalf of himself and all
others similarly situated,

                        Plaintiff,

            -against-

COLLECTORS UNIVERSE, INC.,

                        Defendant.

1:21-cv-1799-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On June 11, 2021, Defendant filed a letter requesting a pre-motion conference in connection with its anticipated motion to dismiss. [ECF No. 7.] Plaintiff filed a letter in response requesting leave to amend the Complaint. [ECF No. 8.]

Accordingly, IT IS HEREBY ORDERED that insofar as leave is required for Plaintiff to file an amended complaint, such leave is GRANTED. It is in the interest of judicial economy for Plaintiff to amend now rather than in response to Defendant's anticipated Rule 12(b) motion. *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiff shall file an amended complaint on or before July 6, 2021.

**SO ORDERED.**

**Date:  June 21, 2021**
        **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**